FILE COPY

RE: Case No. 25-0581                          DATE: 7/25/2025
    COA #: 15-24-00074-CV                  TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

      Today the Supreme Court of Texas granted the motion for
extension of time to file petition for review under TEX. R.
APP. P. 53.7(f) in the above-referenced case.  The petition
for review is due to be filed no later than **August 20, 2025.**


                          SHANNON  HUGGINS
                          PO BOX 533
                          SNOOK, TX  77878

RE: Case No. 25-0581        DATE: 7/25/2025
COA #: 15-24-00074-CV      TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

HEATHER COUCHMAN
16511 STONE RIDGE DRIVE
SAN ANTONIO, TX  78232

RE: Case No. 25-0581                          DATE: 7/25/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


MICHELLE  PIQUE
971 CHINN CHAPEL ROAD
LEWISVILLE, TX  75077

FILE COPY

RE: Case No. 25-0581     DATE: 7/25/2025
  COA #: 15-24-00074-CV   TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

  Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


     TRAVIS WAYNE EUBANKS
     1823 LOOKOUT FOREST
     SAN ANTONIO, TX  78260

FILE COPY

RE: Case No. 25-0581               DATE: 7/25/2025
COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

SHARON  JAROLAN
5224 MAAKS CIRCLE
THE COLONY, TX  75056

FILE COPY

RE: Case No. 25-0581                    DATE: 7/25/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


            AMANDA MARIE EUBANKS
            1823 LOOKOUT FOREST
            SAN ANTONIO, TX  78620

RE: Case No. 25-0581                    DATE: 7/25/2025
    COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


                    JARRETT  WOODWARD
                    8910 N. LOOP 1604, APT. 1633
                    SAN ANTONIO, TX  78249

RE: Case No. 25-0581　　　　　　　　　DATE: 7/25/2025
　　COA #: 15-24-00074-CV　　　　　TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

　　　Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**

　　　　　　　　　TRACI  JONES
　　　　　　　　　330 BOB WHITE DRIVE
　　　　　　　　　RED OAK, TX  75154
　　　　　　　　　* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581            DATE: 7/25/2025
COA #: 15-24-00074-CV       TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

      Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

                       LARS  KUSLICH
                       P.O. BOX 1908
                       LIBERTY, TX  77575
                       * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581          DATE: 7/25/2025
   COA #: 15-24-00074-CV      TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

   Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


                  SHARON  COTTON
                  502 BLUEBONNET LN
                  RED OAK, TX  75154
                  * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                          DATE: 7/25/2025
COA #: 15-24-00074-CV                 TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**

                   DISTRICT CLERK  TRAVIS COUNTY
                   TRAVIS COUNTY COURT
                   P. O. BOX 679003
                   AUSTIN, TX  78767
                   * DELIVERED VIA E-MAIL *

RE: Case No. 25-0581                          DATE: 7/25/2025
    COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

     Today the Supreme Court of Texas granted the motion for
extension of time to file petition for review under TEX. R.
APP. P. 53.7(f) in the above-referenced case.  The petition
for review is due to be filed no later than **August 20, 2025.**


                    MR. WILLIAM  WASSDORF
                    OFFICE OF THE ATTORNEY GENERAL
                    PO BOX 12548
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                    DATE: 7/25/2025
   COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                     DATE: 7/25/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

MS. STEPHANIE  CRISCIONE
ASSISTANT ATTORNEY GENERAL
PO BOX 12548 CAPITOL STATION
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *